No. 355. LAWRENCE *v.* NORTH CAROLINA. October 24, 1938. Petition for writ of certiorari to the Supreme Court

639

of North Carolina denied. *Mr. Thomas C. Guthrie* for petitioner. *Mr. Harry McMullan* for respondent. ▆